**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-95-GF-BMM |
| Plaintiff, | |
| vs. | |
| DORYAN PAULYN YOUPEE, | **ORDER** |
| Defendant. | |

This case having been tried to a jury, and in accordance with the verdict of the jury reached on January 23, 2019, **IT IS ORDERED** that the Defendant is **ACQUITTED** of the charge in the Indictment.

DATED this 24th day of 2019.

_____
Brian Morris
United States District Court Judge